# EXHIBIT A

# The Coleman Law Firm

77 West Wacker Drive
Suite 4800
Chicago, IL  60601
FEIN 36-3292351

(312) 444-1000

**Submitted to:** Jay's Official Committee of Unsecured Creditors
c/o Nick Chilton, Wyandot, Inc.
135 Wyandot Avenue
Marion OH 43302

**Invoice #** 13808

**Bill date:** November 13, 2008

**In Reference To:** Services rendered and Costs Incurred through   November 30, 2008

# FIRST DAY MATTERS

Detail Description of Services

|  |  | Hours | Amount |
|---|---|---|---|
| *First Day Matters* | | | |
| 10/17/2007 SRJ | Review interim agreement re DIP; review various first day motions scheduled for presentment on 10/18 | 3.30 | |

Jay's Official Committee of Unsecured Creditors                                                    Page    2

|            |     |                                                                                                                                                                    | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/18/2007 | EER | Reviewed docket and first day motions, sent same to J. Dulberg (1.2); coordinated issues and discussed same with J. Dulberg and J. Pomerantz via email and telephone (.8) | 2.00  |        |
|            | SRJ | Meeting with debtor's counsel re case issues and comments on various motions for upcoming hearing                                                                   | 1.00  |        |
|            | SRJ | Attend hearing on first day motions                                                                                                                                | 1.70  |        |
| 11/2/2007  | SRJ | Review utility objection and adequate assurance objection from Duke Energy and circulate to co-counsel                                                             | 0.20  |        |

SUBTOTAL:                                                                                                            [    8.20    3,042.00]

For professional services rendered                                                                                        8.20   $3,042.00

## Summary of Time Charged

| Name                   | Hours | Rate   | Amount    |
|------------------------|-------|--------|-----------|
| Elizabeth E. Richert   | 2.00  | 250.00 | $500.00   |
| Steven R. Jakubowski   | 6.20  | 410.00 | $2,542.00 |

Total Amount of This Bill                                                                                                        $3,042.00