# Exhibit B

## PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

October 31, 2007

Invoice Number 75262     42901  00001     JNP

Nick Chilton, Chairman, Official Committee of Creditors Holding
General Unsecured Claims

Net balance forward                                                              $0.00

Re: Jay's Foods, Inc.; Select Snacks, Inc. Creditor Committee Representation

**Statement of Professional Services Rendered Through**   10/31/2007

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Asset Disposition [B130]** | | | |
| 10/16/07 | JJK | Review sale related documents; research and prepare opposition to sale; emails Pomerantz on same. | 3.50 | 450.00 | $1,575.00 |
| 10/17/07 | JWD | Analyze sale and DIP pleadings | 0.70 | 450.00 | $315.00 |
| 10/18/07 | JNP | Review sales procedures motion in preparation for meeting with M. Thomas. | 0.30 | 575.00 | $172.50 |
| 10/19/07 | JNP | Multiple calls with P. Schwab and t. Stratton and review emails regarding getting them up to speed on sale process. | 1.00 | 575.00 | $575.00 |
| 10/19/07 | JNP | Conference with potential buyer of assets. | 0.50 | 575.00 | $287.50 |
| 10/19/07 | JNP | Work on investment opportunity alert. | 0.20 | 575.00 | $115.00 |
| 10/19/07 | JNP | Conference with M. Thomas regarding sales procedures issues. | 0.30 | 575.00 | $172.50 |
| 10/19/07 | JWD | Review and respond to emails from interested bidder | 0.20 | 450.00 | $90.00 |
| 10/20/07 | JNP | Conference with M. Thomas and Macquarie regarding sale related issues. | 0.50 | 575.00 | $287.50 |
| 10/21/07 | JNP | Review and revise bidding procedures order and related. | 0.50 | 575.00 | $287.50 |
| 10/21/07 | JWD | Analyze bidding procedures order and draft emails re same | 0.50 | 450.00 | $225.00 |
| 10/22/07 | JNP | Review investment opportunity alert. | 0.10 | 575.00 | $57.50 |
| 10/22/07 | JNP | Arrange for telephonic appearance. | 0.10 | 575.00 | $57.50 |
| 10/22/07 | JNP | Draft opposition to bidding procedures. | 2.50 | 575.00 | $1,437.50 |
| 10/22/07 | JNP | Conference with M. Thomas regarding sale process and related (several). | 0.70 | 575.00 | $402.50 |
| 10/22/07 | JNP | Conference with T. Stratton and P. Schwab in preparation for call with committee. | 0.20 | 575.00 | $115.00 |
| 10/22/07 | JNP | Conference with Buyer's counsel regarding bidding procedures (2x). | 0.50 | 575.00 | $287.50 |
| 10/22/07 | JNP | Conference with T. Stratton and P. Schwab regarding sale process and related. | 0.50 | 575.00 | $287.50 |
| 10/22/07 | JNP | Conference with J. Seger regarding sale process and | 0.20 | 575.00 | $115.00 |


EXHIBIT 1

Invoice number 75262       42901   00001                                          Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | related. | | | |
| 10/22/07 | JNP | Conference with P. Schwab regarding sale protocol. | 0.20 | 575.00 | $115.00 |
| 10/22/07 | JWD | Research cases re bid procedures oppositon | 1.10 | 450.00 | $495.00 |
| 10/22/07 | JWD | Review investor oppty alert re Select sale | 0.20 | 450.00 | $90.00 |
| 10/23/07 | JNP | Prepare for and participate in hearing on sale procedures and related. | 2.50 | 575.00 | $1,437.50 |
| 10/23/07 | JNP | Conference with M. Thomas regarding break up fee and sale process and related. | 0.30 | 575.00 | $172.50 |
| 10/23/07 | JNP | Review of sale procedures order and emails regarding same. | 0.30 | 575.00 | $172.50 |
| 10/24/07 | JNP | Conference with M. Thomas and P. Schwab regarding sale process. | 0.30 | 575.00 | $172.50 |
| 10/24/07 | JNP | Conference with P. Schwab regarding sale process (2x). | 0.50 | 575.00 | $287.50 |
| 10/24/07 | JNP | Conference with Republic financial regarding sale process. | 0.30 | 575.00 | $172.50 |
| 10/25/07 | JNP | Conference with M. Traison regarding interest in assets and follow up emails regarding same. | 0.30 | 575.00 | $172.50 |
| 10/25/07 | JNP | Conference with P. Schwab regarding sale process. | 0.20 | 575.00 | $115.00 |
| 10/25/07 | JNP | Review letter to buyers regarding protocol for sale process. | 0.10 | 575.00 | $57.50 |
| 10/26/07 | JNP | Conference with P. Schwab and L. Neimark regarding sale process and committee call. | 0.30 | 575.00 | $172.50 |
| 10/26/07 | JNP | Review emails regarding sale process; Call to M. Thomas regarding .process | 0.10 | 575.00 | $57.50 |
| 10/26/07 | JNP | Conference with Winston, Jays team and Macquarie regarding due diligence process. | 0.30 | 575.00 | $172.50 |
| 10/26/07 | JNP | Conference with P. Schwab regarding call regarding diligence process. | 0.10 | 575.00 | $57.50 |
| 10/30/07 | JNP | Participate in call on status of sale efforts. | 0.50 | 575.00 | $287.50 |
| 10/30/07 | JNP | Participate in call regarding strategy of marketing including Macquarie, Debtors and M. Thomas. | 1.60 | 575.00 | $920.00 |
| 10/30/07 | JNP | Conference with T. Stratton regarding various issues regarding sale process. | 0.50 | 575.00 | $287.50 |
| 10/30/07 | JNP | Conference with P. Schwab regarding meeting with LaSalle . | 0.20 | 575.00 | $115.00 |
| 10/31/07 | JNP | Conference with Republic regarding interest in transaction. | 0.30 | 575.00 | $172.50 |
| 10/31/07 | JNP | Conference with Jason S Pomerantz regarding Vistar interest in assets. | 0.10 | 575.00 | $57.50 |
| 10/31/07 | JNP | Calls with Macguarie regarding sale status and process. | 0.80 | 575.00 | $460.00 |
| 10/25/07 | BDD | Review of Order re sale motion, bidding procedures and break-up fees | 0.20 | 165.00 | $33.00 |
| | | **Task Code Total** | **24.30** | | **$13,115.50** |

Bankruptcy Litigation [L430]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/07 | BRG | Long call with N.Chilton re: pre petition issues. | 1.00 | 695.00 | $695.00 |
| 10/23/07 | JNP | Conference with various parties regarding background to bankruptcy filing and related. | 1.20 | 575.00 | $690.00 |
| 10/23/07 | JNP | Conference with Brad R. Godshall regarding various issues | 0.20 | 575.00 | $115.00 |


EXHIBIT 1

Invoice number 75262 . 42901 00001                                    Page 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | relating to prepetition activities. |  |  |  |
| 10/18/07 | JWD | Review utility company objections to first day utility motion | 0.30 | 450.00 | $135.00 |
| 10/31/07 | JNP | Conference with Brad R. Godshall regarding investigation regarding estate claims. | 0.20 | 575.00 | $115.00 |
| 10/19/07 | JWD | Review various first day orders | 0.40 | 450.00 | $180.00 |
| 10/23/07 | BRG | Call with Committee chair re: miscellaneous issues. | 1.00 | 695.00 | $695.00 |
| 10/20/07 | JNP | Conference with Brad R. Godshall regarding potential litigation regarding investigation of prepetition conduct. | 0.50 | 575.00 | $287.50 |
|  |  | Task Code Total | 4.80 |  | $2,912.50 |

Case Administration [B110]

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/17/07 | JNP | Prepare for first day hearings. | 1.00 | 575.00 | $575.00 |
| 10/17/07 | JWD | Draft email to Debtor's counsel re various issues | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JNP | Appearance in Court regarding first day hearings. | 3.00 | 575.00 | $1,725.00 |
| 10/18/07 | JNP | Travel to Los Angeles from Chicago (no charge). | 4.70 | 0.00 | $0.00 |
| 10/18/07 | JNP | Conference with Jeffrey W. Dulberg regarding background information about case and tasks. | 0.30 | 575.00 | $172.50 |
| 10/18/07 | JWD | Attend to issues re prep for hearing | 0.10 | 450.00 | $45.00 |
| 10/19/07 | JNP | Review various first day orders and attend to administrative issues. | 0.30 | 575.00 | $172.50 |
| 10/22/07 | BDD | Conversation with J. Dulberg re case admin issues | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | E-mail to K. Finlayson re Select Snacks/Jays Foods firmwide critical dates | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | E-mail to J. Pomerantz re case admin issues | 0.10 | 165.00 | $16.50 |
| 10/23/07 | JNP | Review and respond to various emails regarding status of case and misc. issues. | 0.30 | 575.00 | $172.50 |
| 10/24/07 | JNP | Review news articles about case. | 0.10 | 575.00 | $57.50 |
| 10/26/07 | JNP | Conference with Jeffrey W. Dulberg regarding pending matters. | 0.10 | 575.00 | $57.50 |
| 10/30/07 | JWD | Review 341a notice and claims issue | 0.20 | 450.00 | $90.00 |
| 10/18/07 | BDD | General pleading set up | 0.20 | 165.00 | $33.00 |
| 10/18/07 | BDD | Work on critical dates memo | 0.40 | 165.00 | $66.00 |
| 10/18/07 | BDD | E-mail to E. Richtert re service list | 0.10 | 165.00 | $16.50 |
| 10/18/07 | BDD | E-mail to J. Dulberg re pro hac vice applications | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | E-mail to J. Pomerantz and J. Dulberg re local rules for Northern district of Illinois | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | E-mail to J. Dulberg re critical dates | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | Review court docket re critical dates | 0.50 | 165.00 | $82.50 |
| 10/22/07 | BDD | Revisions to critical dates memo | 0.50 | 165.00 | $82.50 |
| 10/23/07 | BDD | Conversation with J. Dulberg re critical dates | 0.10 | 165.00 | $16.50 |
| 10/23/07 | BDD | E-mail to J. Dulberg, J. Pomerantz and local committee counsel re contact list | 0.10 | 165.00 | $16.50 |
| 10/23/07 | BDD | Revisions to contact list | 0.10 | 165.00 | $16.50 |
| 10/23/07 | BDD | Revisions to critical dates memo | 0.10 | 165.00 | $16.50 |

EXHIBIT I

Invoice number 75262       42901   00001                                                                Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/07 | BDD | Review court docket re critical dates | 0.10 | 165.00 | $16.50 |
| 10/25/07 | BDD | Revisions to critical dates | 0.20 | 165.00 | $33.00 |
| 10/25/07 | BDD | Further revisions to critical dates | 0.20 | 165.00 | $33.00 |
| 10/25/07 | BDD | E-mails to J. Pomerantz & J. Dulberg re critical dates | 0.20 | 165.00 | $33.00 |
| 10/31/07 | BDD | Revisions to Critical Dates Memo | 0.20 | 165.00 | $33.00 |
| 10/31/07 | BDD | Research court docket re critical dates memo | 0.20 | 165.00 | $33.00 |
| 10/31/07 | BDD | E-mail to J. Pomerantz, J. Dulberg, E. Richert & J. Jakubowski re critical dates memo | 0.10 | 165.00 | $16.50 |
| 10/22/07 | JWD | Telephone conference with creditors re case inquiry | 0.20 | 450.00 | $90.00 |
|  |  | Task Code Total | 14.40 |  | $3,891.00 |

Claims Admin/Objections[B310]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/07 | BRG | Document review re: LaSalle claims. | 1.50 | 695.00 | $1,042.50 |
| 10/23/07 | BRG | Begin review of LaSalle liens. | 1.50 | 695.00 | $1,042.50 |
| 10/19/07 | JWD | Review and respond to J. Pomerantz email re PACA claims | 0.10 | 450.00 | $45.00 |
| 10/22/07 | JWD | Analyze Hoekstra PACA claim and issues re same (1.1); draft and review emails re same (0.2) | 1.30 | 450.00 | $585.00 |
| 10/24/07 | JNP | Conference with Jeffrey W. Dulberg regarding PACA claims; Review and respond to emails regarding same. | 0.30 | 575.00 | $172.50 |
| 10/24/07 | JWD | Draft/review emails re Hoekstra PACA claim (0.2); Telephone conference with J. Stillings re same (0.3); draft emails re Hoekstra PACA claim to Stillings (0.6); draft Committee's objection to Hoekstra PACA claim (2.9); draft/review follow up emails re same (0.5) | 4.50 | 450.00 | $2,025.00 |
| 10/25/07 | JNP | Conference with Jeffrey W. Dulberg regarding PACA claims. | 0.10 | 575.00 | $57.50 |
| 10/25/07 | JWD | Review Debtor's objection to Hoekstra PACA claim | 0.30 | 450.00 | $135.00 |
| 10/25/07 | JWD | Review Black Gold and Crooks Farms PACA claims and draft emails re same | 0.80 | 450.00 | $360.00 |
| 10/25/07 | BDD | Conversation with Jaime at Jones Environmental Control re filing proof of claim | 0.10 | 165.00 | $16.50 |
| 10/29/07 | JWD | Analyze debtor's paca claim objections and draft notes re same | 0.50 | 450.00 | $225.00 |
| 10/29/07 | JWD | Analyze PACA claims issue re Hoekstra (0.8); Telephone conference with M. Keaton re same (0.3); draft/review emails to Debtor's counsel re same (0.2) | 1.30 | 450.00 | $585.00 |
| 10/30/07 | JWD | Review notice of hearing re PACA claim | 0.20 | 450.00 | $90.00 |
| 10/31/07 | JNP | Review PACA claims. | 0.10 | 575.00 | $57.50 |
| 10/31/07 | JWD | Telephone conference with J. Stillings re PACA claims and review issues re same | 0.40 | 450.00 | $180.00 |
| 10/31/07 | JWD | Review amended PACA objection re Hoekstra | 0.20 | 450.00 | $90.00 |
| 10/31/07 | JSP | Analysis regarding preference claims and impact of same on 50(b)(9) claims | 0.20 | 475.00 | $95.00 |
| 10/19/07 | JNP | Conference with B. Thomas regarding claims issues. | 0.10 | 575.00 | $57.50 |


EXHIBIT 1

Invoice number 75262        42901   00001                                            Page 5

|  |  |  | | | |
|---|---|---|---:|---:|---:|
|  |  | Task Code Total. | 13.50 |  | $6,861.50 |

### Compensation Prof. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/18/07 | JWD | Review interim comp procedures motion | 0.20 | 450.00 | $90.00 |
|  |  | Task Code Total | 0.20 |  | $90.00 |

### Financing [B230]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/15/07 | JJK | Review court filings, conf. J. Pomerantz on DIP issues; prepare opposition to DIP financing; related research. | 3.00 | 450.00 | $1,350.00 |
| 10/15/07 | JJK | Research/analysis; continue preparing opposition and email Pomerantz. | 1.10 | 450.00 | $495.00 |
| 10/16/07 | JJK | Call/emails Pomerantz on DIP opposition; revise same. | 0.30 | 450.00 | $135.00 |
| 10/17/07 | JNP | Conference with M. Thomas regarding financing and related issues. | 0.30 | 575.00 | $172.50 |
| 10/18/07 | JNP | Review DIP order in preparation for meeting with M. Thomas. | 0.30 | 575.00 | $172.50 |
| 10/18/07 | JNP | Meeting with M. thomas in advance of first day hearings. | 0.50 | 575.00 | $287.50 |
| 10/18/07 | JNP | Meeting with S. Jakubowski regarding first day hearings. | 0.50 | 575.00 | $287.50 |
| 10/18/07 | JNP | Begin to case on letter to bank counsel regarding DIP. | 1.00 | 575.00 | $575.00 |
| 10/19/07 | JNP | Continue working on letter ot bank regarding DIP issues. | 0.80 | 575.00 | $460.00 |
| 10/20/07 | JNP | Continue to work on letter ot bank regarding DIP financing. | 0.50 | 575.00 | $287.50 |
| 10/23/07 | JNP | Finalize letters to J. Sieger regarding DIP order. | 0.50 | 575.00 | $287.50 |
| 10/23/07 | JWD | Analyze DIP financing motion and related pleadings | 1.20 | 450.00 | $540.00 |
| 10/23/07 | JWD | Analyze interim DIP order and proposed final order | 0.70 | 450.00 | $315.00 |
| 10/23/07 | JWD | Review comments to DIP order and correspondence to Bank counsel | 0.20 | 450.00 | $90.00 |
| 10/30/07 | JNP | Review financing letter from La Salle and emails wtih T. Stratton and P. Schwab regarding same. | 0.20 | 575.00 | $115.00 |
| 10/31/07 | JNP | Conference with James I. Stang regarding strategy issues regarding financing and opposition. | 0.50 | 575.00 | $287.50 |
| 10/31/07 | JNP | Begin work on financing opposition. | 3.50 | 575.00 | $2,012.50 |
|  |  | Task Code Total | 15.10 |  | $7,870.00 |

### General Creditors Comm. [B150]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/18/07 | JWD | Draft information protocol motion | 1.40 | 450.00 | $630.00 |
| 10/17/07 | JWD | Review issues re committee protocol motion | 0.40 | 450.00 | $180.00 |
| 10/18/07 | JWD | Review notice of appointment of committee | 0.10 | 450.00 | $45.00 |
| 10/20/07 | JNP | Review and revise Confidentiality Agreement. | 0.30 | 575.00 | $172.50 |
| 10/26/07 | JWD | Draft emails re confi agreement | 0.20 | 450.00 | $90.00 |

EXHIBIT

Invoice number 75262    42901  00001                              Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/07 | JNP | Initial meeting with Committee regarding background and immediate issues to attend to. | 1.00 | 575.00 | $575.00 |
| 10/17/07 | JWD | Telephone conference with J. Pomerantz re Committee issues, case status, FA interviews, etc | 0.40 | 450.00 | $180.00 |
| 10/17/07 | JWD | Initial prep re new committee representation and review docket | 0.80 | 450.00 | $360.00 |
| 10/18/07 | JNP | Review issues regarding committee protocol motion. | 0.10 | 575.00 | $57.50 |
| 10/18/07 | JWD | Review and revise information motion | 0.40 | 450.00 | $180.00 |
| 10/18/07 | JWD | Attend to issues re committee information protocol | 0.60 | 450.00 | $270.00 |
| 10/18/07 | JWD | Review and revise committee call agenda and review bylaws from B. Dassa | 0.40 | 450.00 | $180.00 |
| 10/18/07 | JWD | Prepare extensive introductory email to Committee | 0.60 | 450.00 | $270.00 |
| 10/18/07 | JWD | Begin draft of committee bylaws and confidentiality agt | 0.80 | 450.00 | $360.00 |
| 10/18/07 | JWD | Draft emails and agenda re committee conf call | 0.40 | 450.00 | $180.00 |
| 10/18/07 | JWD | Review and respond to J. Pomerantz email re confi issues | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Draft email to M. Thomas re confi issues | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Review pro hac vice requests and research issues re prep of same | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Office conference with staff re case mgmt, critical dates, service lists etc | 0.30 | 450.00 | $135.00 |
| 10/18/07 | JWD | Office conference with B. Dassa re various matters for new Committee | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Attend to issues re arranging financial advisor/banker interviews with Committee including review of pitch books | 1.70 | 450.00 | $765.00 |
| 10/18/07 | BDD | E-mail to N. DeLeon re committee contacts | 0.10 | 165.00 | $16.50 |
| 10/18/07 | BDD | Preparation of committee by-laws | 0.30 | 165.00 | $49.50 |
| 10/18/07 | BDD | Prep of committee contact list | 0.80 | 165.00 | $132.00 |
| 10/18/07 | BDD | E-mails to J. Pomerantz & J. Dulberg re contact list | 0.10 | 165.00 | $16.50 |
| 10/18/07 | BDD | E-mail to N. Deleon re J. Rodriguez (committee member) | 0.10 | 165.00 | $16.50 |
| 10/18/07 | BDD | Conversation with J. Dulberg re committee by-laws | 0.10 | 165.00 | $16.50 |
| 10/19/07 | JNP | Review emails re committee information protocol and website; Conference with Jeffrey W. Dulberg regarding same. | 0.20 | 575.00 | $115.00 |
| 10/19/07 | JNP | Review and respond to emails from M. Mandel regarding miscellaneous issues. | 0.10 | 575.00 | $57.50 |
| 10/19/07 | JWD | Review and respond to various emails re committee info protocol, KCC site access and related issues (1.5); Telephone conference with J. Stillings re same (0.2); draft emails and implement same (0.5) | 2.20 | 450.00 | $990.00 |
| 10/19/07 | JWD | Draft committee email re website info | 0.10 | 450.00 | $45.00 |
| 10/19/07 | JWD | Prepare for and attend Committee meeting | 2.50 | 450.00 | $1,125.00 |
| 10/20/07 | JWD | Analyze Debtor's confi agt and draft email to J. Pomerantz re same | 0.50 | 450.00 | $225.00 |
| 10/20/07 | JWD | Review and revise Debtor's counsel's proposed confi agreement and draft email to J. Pomerantz re same | 0.50 | 450.00 | $225.00 |
| 10/22/07 | JNP | Conference with Jeffrey W. Dulberg regarding administration issues and related. | 0.20 | 575.00 | $115.00 |
| 10/22/07 | JNP | Review minutes. | 0.20 | 575.00 | $115.00 |

EXHIBIT 1

Invoice number 75262     42901   00001                                    Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/07 | JNP | Participate in call with committee. | 1.20 | 575.00 | $690.00 |
| 10/22/07 | JNP | Conference with B. Swett regarding confidentiality agreement, review comments regarding same. | 0.50 | 575.00 | $287.50 |
| 10/22/07 | JWD | Draft committee call minutes for 10.19 and 10.22 calls | 0.90 | 450.00 | $405.00 |
| 10/22/07 | JWD | Attend Committee conference call | 0.80 | 450.00 | $360.00 |
| 10/22/07 | JWD | Review and respond to various Committee member inquiries re case status | 0.40 | 450.00 | $180.00 |
| 10/22/07 | JWD | Review and respond to emails re confidentiality issues | 0.30 | 450.00 | $135.00 |
| 10/22/07 | JWD | Review Debtor's counsel comments to information protocol order | 0.20 | 450.00 | $90.00 |
| 10/22/07 | JWD | Telephone conference with J. Stillings re information protocol motion | 0.20 | 450.00 | $90.00 |
| 10/23/07 | JWD | Review and respond to J. Stillings email re confi agt | 0.20 | 450.00 | $90.00 |
| 10/24/07 | JNP | Review and revise confidentiality agreement and forward to committee. | 0.30 | 575.00 | $172.50 |
| 10/25/07 | JNP | Conference with M. Mandel regarding upcoming committee meeting. | 0.20 | 575.00 | $115.00 |
| 10/25/07 | JNP | Prepare memo to committee regarding upcoming meeting. | 1.10 | 575.00 | $632.50 |
| 10/25/07 | JWD | Review and revise form pleadings for case | 0.20 | 450.00 | $90.00 |
| 10/25/07 | BDD | E-mail to J. Dulberg & J. Pomerantz re Confidentiality Agreement | 0.10 | 165.00 | $16.50 |
| 10/25/07 | BDD | E-mail to J. Dulberg re Confidentiality Agreement | 0.10 | 165.00 | $16.50 |
| 10/26/07 | JNP | Participate on committee call. | 1.60 | 575.00 | $920.00 |
| 10/26/07 | JWD | Prepare for and attend Committee call; draft notes for minutes re same and review same | 0.80 | 450.00 | $360.00 |
| 10/29/07 | BDD | E-mails to J. Pomerantz re Confidentiality Agreement signatures | 0.20 | 165.00 | $33.00 |
| 10/29/07 | BDD | Review of confidentiality agreement with all signatures | 0.20 | 165.00 | $33.00 |
| 10/29/07 | BDD | Conversation with J. Pomerantz re signed confidentiality agreement | 0.10 | 165.00 | $16.50 |
| | | **Task Code Total** | **28.30** | | **$12,983.00** |

Operations [B210]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/07 | JNP | Review result of weekly operations prepared by MacQuarie. | 0.10 | 575.00 | $57.50 |
| | | **Task Code Total** | **0.10** | | **$57.50** |

Retention of Prof. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/07 | JWD | Review and respond to S. Simms email re FA pitch | 0.10 | 450.00 | $45.00 |
| 10/22/07 | BDD | E-mail to J. Pomerantz, J. Dulberg & Coleman law firm re App to Employ PSZJ as committee counsel | 0.10 | 165.00 | $16.50 |
| 10/23/07 | BDD | E-mail to J. Dulberg re PSZJ employment app | 0.10 | 165.00 | $16.50 |
| 10/23/07 | BDD | E-mail to S. Jubokowski re App to Employ PSZJ | 0.10 | 165.00 | $16.50 |

**EXHIBIT 1**

Invoice number 75262        42901   00001                                           Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/07 | BDD | Revisions to App to Employ PSZJ per J. Dulberg comments | 0.50 | 165.00 | $82.50 |
| 10/23/07 | BDD | E-mail to J. Dulberg re revisions to App to Employ PSZJ | 0.10 | 165.00 | $16.50 |
| 10/31/07 | JNP | Emails with MacQuarie regarding retention issues; Review of bank proposal. | 0.20 | 575.00 | $115.00 |
| 10/17/07 | JNP | Conference with various financial advisors regarding background information and presentations. | 1.00 | 575.00 | $575.00 |
| 10/17/07 | JWD | Attend to issues re arranging financial advisor interviews | 0.60 | 450.00 | $270.00 |
| 10/17/07 | JWD | Draft employment application | 0.30 | 450.00 | $135.00 |
| 10/18/07 | JNP | Conference with various financial advisors regarding presentations on Friday. | 1.00 | 575.00 | $575.00 |
| 10/18/07 | JWD | Review pitch materials from potential financial advisors and draft/review emails re same | 0.50 | 450.00 | $225.00 |
| 10/18/07 | JWD | Telephone conference with T. Stratton re materials for pitch | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Telephone conference with S. Victor re committee interview | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Telephone conference with T. Stratton re FA retention | 0.20 | 450.00 | $90.00 |
| 10/18/07 | JWD | Review and respond to S. Victor emails re Committee FA pitch | 0.20 | 450.00 | $90.00 |
| 10/19/07 | JNP | Participate on investment banker calls and interview process. | 2.50 | 575.00 | $1,437.50 |
| 10/19/07 | JNP | Calls to financial advisors who were not retained. | 0.30 | 575.00 | $172.50 |
| 10/19/07 | JNP | Review and respond to emails regarding Keystone employment. | 0.20 | 575.00 | $115.00 |
| 10/19/07 | JNP | Conference with P. Schwab regarding terms of retention of MacQuarie. | 0.20 | 575.00 | $115.00 |
| 10/22/07 | JWD | Analyze issues re retention applications and draft emails re same | 0.50 | 450.00 | $225.00 |
| 10/22/07 | BDD | E-mail to J. Dulberg re App to Employ PSZJ as committee counsel | 0.10 | 165.00 | $16.50 |
| 10/22/07 | BDD | Preparation of App to Employ PSZJ as committee counsel; Declaration of JWD re same; Order re same | 1.20 | 165.00 | $198.00 |
| 10/22/07 | BDD | Conversation with E. Richert re App to Employ Macquarie Securities | 0.10 | 165.00 | $16.50 |
| 10/23/07 | JNP | Review and comment on Macquarie agreement. | 0.30 | 575.00 | $172.50 |
| 10/23/07 | JNP | Review Keystone order. | 0.10 | 575.00 | $57.50 |
| 10/23/07 | JNP | Review emails regarding employment application; Conference with Jeffrey W. Dulberg regarding same. | 0.20 | 575.00 | $115.00 |
| 10/23/07 | JWD | Review and revise firm employ app | 0.40 | 450.00 | $180.00 |
| 10/23/07 | JWD | Review emails re Macquarie to Debtor's counsel and draft notes re same | 0.20 | 450.00 | $90.00 |
| 10/23/07 | JWD | Review and revise PSZJ employment app | 0.80 | 450.00 | $360.00 |
| 10/23/07 | BDD | E-mail to J. Dulberg re Macquarie employment application | 0.10 | 165.00 | $16.50 |
| 10/24/07 | JNP | Conference with P. Schwab regarding retention agreement. | 0.20 | 575.00 | $115.00 |
| 10/24/07 | JNP | Review and revise MacQuarie retention agreement. | 0.40 | 575.00 | $230.00 |
| 10/24/07 | JNP | Conference with Jeffrey W. Dulberg regarding retention applications. | 0.10 | 575.00 | $57.50 |
| 10/25/07 | JNP | Conference with J. Rose regarding retention agreement; | 1.50 | 575.00 | $862.50 |

EXHIBIT 1

Invoice number 75262      42901  00001                                                      Page 9

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Review application; Telephone call with Jeffrey W. Dulberg and P. Schwab regarding same and related issues. |  |  |  |
| 10/25/07 | JWD | Attend to issues re finalizing Macquarie retention papers | 1.50 | 450.00 | $675.00 |
| 10/25/07 | JWD | Draft/revise Macquarie retention pleadings, engagement letter, affidavit; attend to issues re Committee approval and preparation | 4.00 | 450.00 | $1,800.00 |
| 10/25/07 | JWD | Telephone conference with E. Coleman re retention | 0.20 | 450.00 | $90.00 |
| 10/25/07 | JWD | Telephone conference with T. Stratton re retention of Macquarie | 0.20 | 450.00 | $90.00 |
| 10/26/07 | JNP | Review emails regarding MacQuarie retention process. | 0.10 | 575.00 | $57.50 |
| 10/26/07 | JWD | Attend to issues re completing Macquarie app | 0.50 | 450.00 | $225.00 |
| 10/29/07 | JNP | Conference with P. Schwab regarding retention related issues. | 0.20 | 575.00 | $115.00 |
| 10/29/07 | JNP | Emails to and from J. Sieger regarding MacQuarie retention; Conference with Jeffrey W. Dulberg regarding same; Review revised orders. | 0.50 | 575.00 | $287.50 |
| 10/29/07 | JWD | Review Thomas supplemental application affidavit | 0.20 | 450.00 | $90.00 |
| 10/29/07 | JWD | Telephone conference with J. Pomerantz re call with UST re apps (0.2); draft emails re same (0.2) | 0.40 | 450.00 | $180.00 |
| 10/30/07 | JNP | Participate in hearing on employment applications. | 0.50 | 575.00 | $287.50 |
| 10/30/07 | JWD | Analyze supplement to Keystone app | 0.30 | 450.00 | $135.00 |
| 10/30/07 | JWD | Review and respond to emails re Macquarie retention | 0.20 | 450.00 | $90.00 |
|  | Task Code Total |  | 23.60 |  | $11,123.50 |
|  |  | Total professional services: | 124.30 |  | $58,904.50 |

**Costs Advanced:**

| 10/22/2007 | LN | Lexis-Nexis - Legal Research [E106] | $229.58 |
|---|---|---|---|
| 10/22/2007 | LN | Lexis-Nexis - Legal Research [E106] | $178.86 |
| 10/22/2007 | LN | Lexis-Nexis - Legal Research [E106] | $202.90 |
| 10/22/2007 | LN | Lexis-Nexis - Legal Research [E106] | $170.86 |
| 10/22/2007 | LN | Lexis-Nexis - Legal Research [E106] | $38.71 |
| 10/23/2007 | LN | Lexis-Nexis - Legal Research [E106] | $272.29 |
| 10/23/2007 | LN | Lexis-Nexis - Legal Research [E106] | $261.62 |
| 10/23/2007 | LN | Lexis-Nexis - Legal Research [E106] | $172.19 |
| 10/23/2007 | LN | Lexis-Nexis - Legal Research [E106] | $21.36 |
| 10/24/2007 | LN | Lexis-Nexis - Legal Research [E106] | $282.98 |
| 10/24/2007 | LN | Lexis-Nexis - Legal Research [E106] | $80.09 |
| 10/24/2007 | LN | Lexis-Nexis - Legal Research [E106] | $21.35 |
| 10/30/2007 | IF | Incoming Faxes [E104] | $1.00 |
| 10/31/2007 | IF | Incoming Faxes [E104] | $10.40 |
|  |  | Total Expenses: | $1,944.19 |


EXHIBIT 1

Invoice number 75262    42901   00001                                              Page 10

## Summary:

| | | |
|---|---|---|
| Total professional services | | $58,904.50 |
| Total expenses | | $1,944.19 |
| **Net current charges** | | $60,848.69 |
| **Total balance now due** | | $60,848.69 |

| | | | | |
|---|---|---|---|---|
| BDD | Dassa, Beth D. | 8.80 | 165.00 | $1,452.00 |
| BRG | Godshall, Brad R. | 5.00 | 695.00 | $3,475.00 |
| JJK | Kim, Jonathan J. | 7.90 | 450.00 | $3,555.00 |
| JNP | Pomerantz, Jeffrey N. | 50.90 | 575.00 | $29,267.50 |
| JSP | Pomerantz, Jason S. | 0.20 | 475.00 | $95.00 |
| JWD | Dulberg, Jeffrey W. | 46.80 | 450.00 | $21,060.00 |
| | | 124.30 | | $58,904.50 |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| AD | AssetDisposition [B130] | | 24.30 | $13,115.50 |
| BL | Bankruptcy Litigation [L430] | | 4.80 | $2,912.50 |
| CA | Case Administration [B110] | | 14.40 | $3,891.00 |
| CO | Claims Admin/Objections[B310] | | 13.50 | $6,861.50 |
| CP | Compensation Prof. [B160] | | 0.20 | $90.00 |
| FN | Financing [B230] | | 15.10 | $7,870.00 |
| GC | General Creditors Comm. [B150] | | 28.30 | $12,983.00 |
| OP | Operations [B210] | | 0.10 | $57.50 |
| RP | Retention of Prof. [B160] | | 23.60 | $11,123.50 |
| | | | 124.30 | $58,904.50 |

### Expense Code Summary

| | | |
|---|---|---|
| Incoming Faxes [E104] | | $11.40 |
| Lexis/Nexis- Legal Research [E | | $1,932.79 |
| | | $1,944.19 |



EXHIBIT 1