# <u>EXHIBIT A</u>

**[Detailed Time and Expense Report for October Period]**

# WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL  60601-9703

TAX ID NO. 36-1975990

Select Snacks, Inc. and Jays Foods, Inc.
Attn: Mr. Patrick M. Logan, Corp. Controller
Ubiquity Brands Holdings LLC
One North Wacker Drive
Suite 48
Chicago, IL 60606

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Client Matter No. | 010899 |

## For Legal Services Rendered Through October 31, 2008

| | |
|---|---|
| Legal Services: | $18,834.50 |
| For disbursements and other charges incurred: | $81.95 |
| **Total of Services and Disbursements** | **$18,916.45** |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

|  |  |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 1 |

**00003 Case Administration**

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 10/08/08 | J. Stillings | 0.80 | Review document in support of and review and revise auditor letter |
| 10/15/08 | M. Kjaer | 0.80 | Review and analyze monthly operating reports (.2); prepare, file and serve monthly operating reports, including telephone correspondence with D. Holicky re same (.4); draft certificates of service for monthly operating reports and file same (.2) |
| 10/15/08 | J. Stillings | 0.10 | Leave telephonic messages for A. Litford from Farrell Gas re stay violation |
| 10/27/08 | M. Kjaer | 0.70 | Telephone and e-mail correspondence with J. Stillings re trustee reports (.2); review docket for template reports (.1); draft US Trustee reports including review of summary of cash disbursements (.4) |
| 10/27/08 | J. Stillings | 0.30 | Review Q3 reports (.1); detailed email to P. Logan with Q3 reports and request to approve stipulation with Weyerheauser (.2) |
| 10/30/08 | J. Stillings | 0.10 | Telephone conference with P. Logan re status of claims objections and payment of US Trustee fee |
| 10/31/08 | M. Kjaer | 0.20 | Office conference with J. Stillings re trustee fees (.1); e-mail correspondence with P. Logan re trustee fees (.1) |
| 10/31/08 | J. Stillings | 0.50 | Telephone conference with M. Thomas re R. Friedmann email (.2); office conference with M. Kjaer re payment of Q3 US Trustee fees and filing related report (.1); telephone conference with P. |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 2 |

**00003 Case Administration**

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| | | | Logan re same (.2) |
| | **Total Hours** | **3.50** | |

**Total for Legal Services**     $1,204.50

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| J. Stillings | 1.80 | 400.00 | 720.00 |
| M. Kjaer | 1.70 | 285.00 | 484.50 |
| **Total Attorney/Other Prof** | **3.50** | | **1,204.50** |

**Total Due This Matter**     $1,204.50

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 3 |

## 00009 Fee/Employment Applications

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| 10/01/08 | M. Kjaer | 1.10 | Office, e-mail and telephone correspondence with K. White regarding August bill (.3); e-mail correspondence with J. Stillings re same (.1); review and revise fee statement (.3); prepare for filing and file fee statement (.3); e-mail correspondence with counsel to LaSalle, P. Logan and counsel to committee re fee statement (.1) |
| 10/21/08 | M. Kjaer | 0.50 | E-mail correspondence with K. White re fee statement (.1); review and revise fee statement, prepare for filing and file and serve fee statement (.4) |
| 10/22/08 | M. Kjaer | 0.10 | E-mail correspondence with M. Thomas and K. White re fee statement |
| | **Total Hours** | **1.70** | |

**Total for Legal Services**     **$484.50**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---------------------|-------|------|-------------|
| M. Kjaer | 1.70 | 285.00 | 484.50 |
| **Total Attorney/Other Prof** | **1.70** | | **484.50** |

**Total Due This Matter**     **$484.50**

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 4 |

**00009 Fee/Employment Applications**

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 5 |

## 00014 Claims Administration and Objections

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| 10/01/08 | M. Kjaer | 1.10 | Telephone correspondence with claimants regarding claims, paychecks and medical bills, including review of claims and medical information (.7); e-mail correspondence with J. Stillings re Schickinger claim (.1); review e-mail correspondence for waiver release chart, including review of same (.2); e-mail correspondence with J. Stillings re same (.1) |
| 10/01/08 | J. Stillings | 0.70 | Investigate Globalcom invoice (.2); review, revise and analyze Weyerheuser preference defense and new value calculations (.5) |
| 10/02/08 | M. Kjaer | 0.30 | Review Columbus stipulation (.1); telephone correspondence with counsel to Columbus (.1); telephone correspondence with claimant re claim (.1) |
| 10/02/08 | J. Stillings | 0.70 | Telephone conference with M. Thomas re Transervice, Zurich and Columbus (.3); telephone conference with P. Anderson re briefing schedule (.1); email to J. Vigano and M. Kjaer re Columbus stipulation (.1); revise Transervice stipulation (.1); email to M. Page with attached copy of same (.1) |
| 10/02/08 | M. Thomas | 1.50 | Calls and conferences with Zurich and client re possible settlement (.8); review documents, pleadings and consider settlement alternatives (.7) |
| 10/03/08 | M. Kjaer | 0.10 | Telephone correspondence with M. Thomas re stipulations |
| 10/03/08 | J. Stillings | 0.50 | Telephone conference with M. Page re Transervice claim (.3); email to M. Page re same (.1); email to M. Thomas re same (.1) |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | | |
|---|---|---|
| Invoice No. | | 2072239 |
| Invoice Date | | 11/28/08 |
| Page No. | | 6 |

## 00014 Claims Administration and Objections

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 10/03/08 | M. Thomas | 0.20 | Call with P. Anderson re settlement issues on Zurich claims (.1); review emails re same (.1) |
| 10/06/08 | M. Thomas | 0.40 | Review emails and calls with Zurich's counsel and clients re settlement of Zurich claims |
| 10/07/08 | M. Kjaer | 0.10 | E-mail correspondence with J. Stillings re Bryce claim |
| 10/07/08 | J. Stillings | 1.80 | Prepare for and participate in hearing on objection to Zurich claims and motion to compel arbitration of Zurich claims (1.0); telephone conference with M. Thomas re open items (includes telephone conferences with G. Schildhorn, P. Anderson) (.7); review service of summons rules and procedure for CyberGraphics adversary (.1) |
| 10/07/08 | M. Thomas | 1.00 | Emails with client re Zurich issues (.3); emails to CyberGraphics' attorney re litigation (.3); review CyberGraphics materials re avoidance actions (.4) |
| 10/08/08 | M. Kjaer | 1.70 | Review preference payments to Bryce, including office conference with J. Stillings re same (.3); draft preference complaint against Bryce, including review of claims filed by Bryce and CyberGraphics (1.3); office conference with J. Stillings re same (.1) |
| 10/08/08 | J. Stillings | 1.30 | Office conference with M. Kjaer re Bryce and CyberGraphics claims and preferences (.1); review and revise draft preference complaint against Bryce (1.2) |
| 10/09/08 | M. Kjaer | 3.00 | Review and revise preference complaints against Bryce, including creation of exhibits for same (.8); telephone correspondence to counsel to Columbus re stipulation (.1); office conference with M. |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 7 |

## 00014 Claims Administration and Objections

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| | | | Thomas re Bryce preference (.1); conduct preference analysis of Weyerhaeuser, including review of invoices, payment charts, new value charts and proof of claim (2); office conference with J. Stillings re Weyerhaeuser (.5); telephone and office conference with L. Green re new value chart (.3); draft letter to counsel to Weyerhaeuser regarding preferences (.8); e-mail correspondence with P. Logan re Weyerhaeuser information, including review of e-mail correspondence re same (.2) |
| 10/09/08 | J. Stillings | 0.30 | Office conference with M. Kjaer re Bryce complaint (.2); review and revise same (.1) |
| 10/09/08 | J. Stillings | 1.10 | Office conference with M. Kjaer re Weyerheuser claims and defenses (.8); telephone conference with R. Adams re Weyerheuser claim settlement (.3) |
| 10/09/08 | M. Thomas | 0.80 | Call with CyberGraphics' attorney re lawsuit (.5); call with Snyder's attorney re same (.3) |
| 10/10/08 | M. Kjaer | 3.60 | Review e-mail correspondence from P. Logan re Weyerhaeuser (.1); e-mail correspondence with J. Stillings re same (.2); telephone correspondence with P. Logan re same (.4); e-mail correspondence with W. Ralph and K. Grisius re counterclaims (.2); e-mail correspondence with D. Holicky re adversary complaint (.1); review docket for Bryce adversary complaint (.1); review Bryce adversary complaint (.2), review template answers and counterclaims (.4); draft answer and counterclaim (1.9) |
| 10/13/08 | M. Kjaer | 0.70 | Review Columbus stipulation (.1); e-mail correspondence with counsel to the creditors |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 8 |

## 00014 Claims Administration and Objections

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| | | | committee, counsel to LaSalle and US Trustee regarding Columbus stipulation (.1); review and revise Bryce counterclaim (.4); office correspondence with J. Stillings re same (.1) |
| 10/14/08 | J. Stillings | 0.70 | Telephone conference with P. Logan re remaining claims items (including tax items, 401K plan update, Chavez and Premium Finance) (.5); issue McGladery 401K audit letter (.2) |
| 10/15/08 | M. Kjaer | 0.30 | Review e-mail correspondence re Sikorski payment (.2); e-mail correspondence with M. Thomas re same (.1) |
| 10/16/08 | M. Kjaer | 1.00 | E-mail correspondence with J. Stillings re Weyerhaeuser (.1); review and revise Bryce objection (.3); e-mail correspondence with J. Stillings re Bryce objection (.1); e-mail correspondence with M. Thomas re Bryce objection (.1); telephone correspondence with K. White re Bryce objection (.1); e-mail correspondence with P. Logan re insurance check issue (.2); review objection deadline date and e-mail correspondence re Columbus Foods stipulation (.1) |
| 10/16/08 | J. Stillings | 0.30 | Review draft counterclaim against Bryce (.2); email with R. Adams re Weyerheuser complaint (.1) |
| 10/16/08 | M. Thomas | 1.20 | Review Zurich materials (.3); work on Bryce answer and counterclaim (.9) |
| 10/20/08 | J. Stillings | 0.10 | Telephone conference with M. Page re Transervice claim objection |
| 10/20/08 | J. Stillings | 0.10 | Office conference with M. Kjaer and telephone |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 9 |

**00014 Claims Administration and Objections**

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| | | | conference with M. Thomas re CyberGraphics adversary status hearing |
| 10/20/08 | M. Thomas | 1.40 | Work on answer and counterclaim to Bryce lawsuit (1.2); correspondence with plaintiff's attorney re same (.2) |
| 10/21/08 | M. Kjaer | 0.90 | Telephone correspondence with M. Thomas re docket (.2); review and analyze docket and filings yet to be heard before the bankruptcy court (.6); e-mail correspondence with J. Stillings re Weyerhaeuser (.1) |
| 10/21/08 | M. Thomas | 1.60 | Calls with Bryce's counsel re claim (.2) attend court on complaint (.5); call with P. Anderson re Zurich and review draft settlement (.6); call Snyder's attorney re Bryce and claims (.3) |
| 10/22/08 | J. Stillings | 0.10 | Telephone conference with R. Adams re Weyerheuser response |
| 10/23/08 | M. Kjaer | 1.30 | Telephone correspondence with previous employee (Ms. Wall) re claim, including review of notice list for bar date (.2); office correspondence with J. Stillings re Weyerhaeuser settlement (.1); draft Weyerhaeuser settlement (.5); review and revise Weyerhaeuser settlement (.2); prepare for filing and file Columbus stipulation (.2); e-mail correspondence with opposing counsel re Columbus stipulation (.1) |
| 10/23/08 | J. Stillings | 0.30 | Review and revise Weyerheuser stipulation |
| 10/24/08 | M. Kjaer | 0.80 | Office conference with J. Stillings re Weyerhaeuser stipulation (.1); review and revise Weyerhaeuser stipulation (.4); e-mail correspondence with D. Holicky re medical check |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 10 |

**00014 Claims Administration and Objections**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| | | | received and delivery instructions to P. Logan (.2); e-mail correspondence with P. Logan re same (.1) |
| 10/27/08 | M. Kjaer | 0.20 | Review and revise Weyerhaeuser stipulation |
| 10/27/08 | J. Stillings | 1.00 | Review and revise Weyerheauser stipulation (.1); email to R. Adams re same (.1); review and revise Zurich settlement agreement and related documents (.8) |
| 10/28/08 | M. Kjaer | 3.20 | Telephone correspondence with J. Stillings re Weyerhaeuser (.1); office conference with J. Stillings re paid claims (.1); review and revise settlement agreement, 9019 motion and accompanying documents, including review of Zurich objection and Zurich claims, review of case law cited and creation of blacklines to versions circulated by Zurich (2.7); e-mail correspondence with P. Logan re Weyerhaeuser (.1); office and e-mail correspondence with J. Stillings re Zurich (.2) |
| 10/28/08 | J. Stillings | 0.40 | Email with R. Adams re Weyerheuaser settlement (.3); office conference with M. Kjaer re same (.1) |
| 10/29/08 | M. Kjaer | 0.30 | Review claim distribution chart and unpaid claims |
| 10/29/08 | J. Stillings | 1.20 | Review and revise settlement agreement with Zurich, 9019 motion and order (1.1); email to M. Thomas re same (.1) |
| 10/30/08 | M. Kjaer | 0.40 | Telephone correspondence with J. Stillings re trustee reports and Weyerhaeuser (.1); e-mail correspondence with P. Logan re trustee reports and Weyerhaeuser (.1); e-mail correspondence with M. Thomas re Weyerhaeuser and trustee |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 11 |

## 00014 Claims Administration and Objections

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| | | | reports, including review of e-mail correspondence with P. Logan re same (.2) |
| 10/31/08 | M. Kjaer | 0.30 | Review Weyerhaeuser stipulation (.1); e-mail correspondence to trustee, counsel to LaSalle and counsel to the unsecured creditors committee re stipulation (.1); review claim distribution chart (.1) |
| 10/31/08 | J. Stillings | 0.40 | Revise Zurich settlement agreement and related pleadings per M. Thomas comments (.3); email to P. Anderson re same (.1) |
| 10/31/08 | M. Thomas | 0.90 | Emails with Bryce's attorney re claim issues (.2); review and revise Zurich settlement agreement, motion and order (.7) |
| | **Total Hours** | **39.30** | |

### Total for Legal Services                                    $17,145.50

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---------------------|-------|------|-------------|
| M. Thomas | 9.00 | 805.00 | 7,245.00 |
| J. Stillings | 11.00 | 400.00 | 4,400.00 |
| M. Kjaer | 19.30 | 285.00 | 5,500.50 |
| **Total Attorney/Other Prof** | **39.30** | | **17,145.50** |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 12 |

**00014 Claims Administration and Objections**

**Total Due This Matter**          **$17,145.50**

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 13 |

**00015 Expenses**

**Disbursements & Other Charges**

| Date | Description | Amount |
|---|---|---|
| 08/27/08 | Air Courier VENDOR: Federal Express Corporation INVOICE#: 290296974 DATE: 9/5/2008 Residence CALUMET CITY IL 60409 US | 13.83 |
| | **Total Air Courier** | **13.83** |
| 09/02/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 12/1/20, Doc Type: DOCKET REPORT, Pages: 16, Time: 09:38:30, Court: ILNBK | 1.28 |
| 09/02/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 401-0, Doc Type: IMAGE401-0, Pages: 30, Time: 09:41:00, Court: ILNBK | 2.40 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 FIL OR ENT: FILED FROM: 5/5/200, Doc Type: DOCKET REPORT, Pages: 14, Time: 13:33:33, Court: ILNBK | 1.12 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 FIL OR ENT: FILED   DOC FROM: 3, Doc Type: DOCKET REPORT, Pages: 30, Time: 13:35:42, Court: ILNBK | 2.40 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 30294-0, Doc Type: IMAGE30294-0, Pages: 19, Time: 13:35:56, Court: ILNBK | 1.52 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 FIL OR ENT: FILED   DOC FROM: 1, Doc Type: DOCKET REPORT, Pages: 30, Time: 13:37:32, Court: ILNBK | 2.40 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 13977-0, Doc Type: IMAGE13977-0, Pages: 27, Time: 13:38:15, Court: ILNBK | 2.16 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 15152-0, Doc Type: IMAGE15152-0, Pages: 4, Time: 13:39:29, Court: ILNBK | 0.32 |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| Select Snacks, Inc. and Jays Foods, Inc. | Invoice No. | 2072239 |
| | Invoice Date | 11/28/08 |
| | Page No. | 14 |

**00015 Expenses**

### Disbursements & Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 15162-0, Doc Type: IMAGE15162-0, Pages: 16, Time: 13:41:40, Court: ILNBK | 1.28 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 17524-0, Doc Type: IMAGE17524-0, Pages: 16, Time: 13:43:26, Court: ILNBK | 1.28 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 FIL OR ENT: FILED   DOC FROM: 1, Doc Type: DOCKET REPORT, Pages: 3, Time: 13:44:29, Court: ILNBK | 0.24 |
| 09/02/08 | Computer Docket System Pacer Search: 02-02474 DOCUMENT 1427-1, Doc Type: IMAGE1427-1, Pages: 7, Time: 13:44:35, Court: ILNBK | 0.56 |
| 09/04/08 | Computer Docket System Pacer Search: 07-18768 FIL OR ENT: FILED FROM: 5/1/200, Doc Type: DOCKET REPORT, Pages: 1, Time: 10:58:02, Court: ILNBK | 0.08 |
| 09/04/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 5/1/200, Doc Type: DOCKET REPORT, Pages: 22, Time: 10:59:05, Court: ILNBK | 1.76 |
| 09/04/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 887-0, Doc Type: IMAGE887-0, Pages: 1, Time: 11:11:12, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 5/13/20, Doc Type: DOCKET REPORT, Pages: 19, Time: 14:22:23, Court: ILNBK | 1.52 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 7/1/200, Doc Type: DOCKET REPORT, Pages: 7, Time: 14:23:09, Court: ILNBK | 0.56 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 778-0, Doc Type: IMAGE778-0, Pages: 1, Time: 14:28:32, Court: ILNBK | 0.08 |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| Select Snacks, Inc. and Jays Foods, Inc. | Invoice No. | 2072239 |
| | Invoice Date | 11/28/08 |
| | Page No. | 15 |

**00015 Expenses**

### Disbursements & Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 887-0, Doc Type: IMAGE887-0, Pages: 1, Time: 14:56:05, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 888-0, Doc Type: IMAGE888-0, Pages: 1, Time: 17:20:31, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 889-0, Doc Type: IMAGE889-0, Pages: 1, Time: 17:25:28, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 890-0, Doc Type: IMAGE890-0, Pages: 1, Time: 17:35:09, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 891-0, Doc Type: IMAGE891-0, Pages: 1, Time: 17:37:23, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 892-0, Doc Type: IMAGE892-0, Pages: 1, Time: 17:42:15, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 893-0, Doc Type: IMAGE893-0, Pages: 1, Time: 17:44:52, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 894-0, Doc Type: IMAGE894-0, Pages: 1, Time: 17:47:29, Court: ILNBK | 0.08 |
| 09/10/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 904-0, Doc Type: IMAGE904-0, Pages: 2, Time: 17:49:51, Court: ILNBK | 0.16 |
| 09/11/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 5/14/20, Doc Type: DOCKET REPORT, Pages: 15, Time: 10:07:29, Court: ILNBK | 1.20 |

# WINSTON & STRAWN LLP

| | |
|---|---|
| Select Snacks, Inc. and Jays Foods, Inc. | Invoice No. 2072239 |
| | Invoice Date 11/28/08 |
| | Page No. 16 |

## 00015 Expenses

### Disbursements & Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/11/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 905-0, Doc Type: IMAGE905-0, Pages: 5, Time: 10:07:35, Court: ILNBK | 0.40 |
| 09/15/08 | Computer Docket System Pacer Search: 07-18769 FIL OR ENT: FILED FROM: 5/16/20, Doc Type: DOCKET REPORT, Pages: 14, Time: 14:14:52, Court: ILNBK | 1.12 |
| 09/15/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 897-0, Doc Type: IMAGE897-0, Pages: 29, Time: 14:15:47, Court: ILNBK | 2.32 |
| 09/15/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 885-0, Doc Type: IMAGE885-0, Pages: 2, Time: 14:16:09, Court: ILNBK | 0.16 |
| 09/15/08 | Computer Docket System Pacer Search: 07-18769 DOCUMENT 883-0, Doc Type: IMAGE883-0, Pages: 10, Time: 14:49:35, Court: ILNBK | 0.80 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS FIL OR ENT: FILED FROM: 1/1, Doc Type: DOCKET REPORT, Pages: 30, Time: 17:26:24, Court: MIEBK | 2.40 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2646-1, Doc Type: IMAGE2646-1, Pages: 2, Time: 17:29:22, Court: MIEBK | 0.16 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2646-0, Doc Type: IMAGE2646-0, Pages: 1, Time: 17:29:53, Court: MIEBK | 0.08 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2656-0, Doc Type: IMAGE2656-0, Pages: 2, Time: 17:30:56, Court: MIEBK | 0.16 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2850-0, Doc Type: IMAGE2850-0, Pages: 4, Time: 17:31:15, Court: MIEBK | 0.32 |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 17 |

## 00015 Expenses

### Disbursements & Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 1740-0, Doc Type: IMAGE1740-0, Pages: 13, Time: 17:32:33, Court: MIEBK | 1.04 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2201-0, Doc Type: IMAGE2201-0, Pages: 6, Time: 17:33:53, Court: MIEBK | 0.48 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 1140-0, Doc Type: IMAGE1140-0, Pages: 6, Time: 17:35:05, Court: MIEBK | 0.48 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2631-0, Doc Type: IMAGE2631-0, Pages: 1, Time: 17:49:31, Court: MIEBK | 0.08 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 2214-0, Doc Type: IMAGE2214-0, Pages: 2, Time: 17:49:55, Court: MIEBK | 0.16 |
| 09/26/08 | Computer Docket System Pacer Search: 08-42417-PJS DOCUMENT 732-0, Doc Type: IMAGE732-0, Pages: 2, Time: 18:15:19, Court: MIEBK | 0.16 |
| | **Total Computer Docket System** | **33.36** |
| 10/28/08 | Computerized Legal Research PATEL | 19.66 |
| | **Total Computerized Legal Research** | **19.66** |
| 10/14/08 | Postage | 0.42 |
| 10/15/08 | Postage | 1.76 |
| | **Total Postage** | **2.18** |
| 10/01/08 | Printing/Reproduction Services 51.00 PHOTOCOPIES  @ | 5.10 |

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 18 |

## 00015 Expenses

**Disbursements & Other Charges**

| Date | Description | Amount | |
|---|---|---|---|
| | 0.10 | | |
| 10/17/08 | Printing/Reproduction Services 5.00 PHOTOCOPIES  @ 0.10 | 0.50 | |
| 10/21/08 | Printing/Reproduction Services 5.00 PHOTOCOPIES  @ 0.10 | 0.50 | |
| 10/21/08 | Printing/Reproduction Services 42.00 PHOTOCOPIES  @ 0.10 | 4.20 | |
| 10/25/08 | Printing/Reproduction Services 1.00 PHOTOCOPIES  @ 0.10 | 0.10 | |
| | **Total Printing/Reproduction Services** | | **10.40** |
| | | | |
| 09/22/08 | Telecommunication Services 16602160205 | 0.56 | |
| 09/30/08 | Telecommunication Services 19204061280 | 0.56 | |
| 10/02/08 | Telecommunication Services 15028172901 | 0.56 | |
| 10/22/08 | Telecommunication Services 15034172132 | 0.84 | |
| | **Total Telecommunication Services** | | **2.52** |

**Total Disbursements & Other Charges**     **$81.95**

**Total Due This Matter**     **$81.95**

# WINSTON & STRAWN LLP

Select Snacks, Inc. and Jays Foods, Inc.

| | |
|---|---|
| Invoice No. | 2072239 |
| Invoice Date | 11/28/08 |
| Page No. | 19 |

| | |
|---|---|
| **Total Fees** | **$18,834.50** |
| **Total Disbursements** | **$81.95** |
| **Total Due This Invoice** | **$18,916.45** |

# WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL  60601-9703

TAX ID NO. 36-1975990

| | | |
|---|---|---|
| Select Snacks, Inc. and Jays Foods, Inc. | Invoice # | 2072239 |
| Attn: Mr. Patrick M. Logan, Corp. Controller | Invoice Date | 11/28/08 |
| Ubiquity Brands Holdings LLC | Client Matter No. | 010899 |
| One North Wacker Drive | | |
| Suite 48 | | |
| Chicago, IL 60606 | | |

## Client Remittance Copy

| Matter | Matter Name | Fees | Disb | Total |
|---|---|---|---|---|
| 10899-3 | Case Administration | 1,204.50 | 0.00 | $1,204.50 |
| 10899-9 | Fee/Employment Applications | 484.50 | 0.00 | $484.50 |
| 10899-14 | Claims Administration and Objections | 17,145.50 | 0.00 | $17,145.50 |
| 10899-15 | Expenses | 0.00 | 81.95 | $81.95 |
| | Total for Client: | 18,834.50 | 81.95 | $18,916.45 |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL  60601-9703

TAX ID NO. 36-1975990

Select Snacks, Inc. and Jays Foods, Inc.
Attn: Mr. Patrick M. Logan, Corp. Controller
Ubiquity Brands Holdings LLC
One North Wacker Drive
Suite 48
Chicago, IL 60606

Invoice #        2072239
Invoice Date     11/28/08
Client Matter No.        010899

## Remittance Advice
Please include this remittance page with your payment

| Matter | Matter Name | Fees | Disb | Total |
|--------|-------------|-----:|-----:|------:|
| 10899-3 | Case Administration | 1,204.50 | 0.00 | $1,204.50 |
| 10899-9 | Fee/Employment Applications | 484.50 | 0.00 | $484.50 |
| 10899-14 | Claims Administration and Objections | 17,145.50 | 0.00 | $17,145.50 |
| 10899-15 | Expenses | 0.00 | 81.95 | $81.95 |
| | Total for Client: | 18,834.50 | 81.95 | $18,916.45 |

| Remittance Address | | For Wire Transfers/ACH Payments |
|--------------------|--|--------------------------------|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |