Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 07−18769
Chapter: 11
Judge: Pamela S. Hollis

In Re:
   Select Snacks, Inc.
   c/o Willis Stein & Partners
   Attn: Patrick M. Logan
   One N. Wacker Drive, Suite 4800
   Chicago, IL 60606

Social Security No.:

Employer's Tax I.D. No.:
   20−3959050

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 9, 2008

 

FOR THE COURT

Dated: December 10, 2008           <u>Kenneth S. Gardner , Clerk</u>
                                          United States Bankruptcy Court